# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

No. 1D18-4502

LAURI BURRIS, DOUG ROWE,
MELISSA BURRIS, RONALD E.
BROWN, JR., GREGORY F. BURRIS
and JACOB CHAPMAN,

    Petitioners,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 7, 2019

PER CURIAM.

The petition for writ of certiorari is dismissed for lack of jurisdiction. *See Landmark at Crescent Ridge LP v. Everest Fin., Inc.*, 219 So. 3d 218, 219 (Fla. 1st DCA 2017); *Eutsay v. State*, 103 So. 3d 181, 182-83 (Fla. 1st DCA 2012).

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Mitchell A. Stone of Jacksonville; H. Franklin Robbins, Jr. of Orlando; and Steven G. Mason of Altamonte Springs, for Petitioners.

Ashley Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.